**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00876-CMA-NYW

YETONGBE S. AGASSOUNON,

      Plaintiff,

v.

JEPPESEN SANDERSON, INC., a BOEING COMPANY,

      Defendant.

**ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE**

      IT IS ORDERED that a Scheduling Conference is set for **June 25, 2015 at 9:00 a.m.**, in Courtroom C-205, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

DATED: June 10, 2015

                                          BY THE COURT:

                                          s/Nina Y. Wang_____
                                          United States Magistrate Judge