**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00876-CMA-NYW

YETONGBE S. AGASSOUNON,

      Plaintiff,

v.

JEPPESEN SANDERSON, INC., a BOEING COMPANY,

      Defendant.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

      This civil action comes before the court on the Parties' Joint Motion to Amend Scheduling Order ("Joint Motion"). [#23, filed September 29, 2015]. Pursuant to the Order Referring Case dated June 10, 2015 [#15] and the memorandum dated September 30, 2015 [#24], the matter was referred to this Magistrate Judge.

      IT IS ORDERED that the Joint Motion is **GRANTED**:

1. Affirmative Expert Disclosures shall be submitted on or before November 23, 2015;

2. Rebuttal Expert Disclosures shall be submitted on or before December 24, 2015;

3. The Parties shall complete discovery by January 25, 2016; and

4. The Parties shall file dispositive motions on or before March 10, 2016.

DATED: October 1, 2015